DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE JOHN MCCANN,<br>BRADY NEAL WILLS, and<br>REBECCA MCCANN,<br><br>Defendants. | 2:15-cr-004-RFB-GWF<br><br>MOTION TO UNSEAL CRIMINAL INDICTMENT AND PROCEEDINGS |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and respectfully moves this Court to unseal both the Criminal Indictment, as well as the entire case and proceedings in the instant matter. The Indictment was sealed because the Defendants had not been apprehended. All three Defendants have now been apprehended. As such, the Government requests that the case be unsealed.

DATED this 13th day of March, 2015.

**IT IS SO ORDERED:**
**DATED** this 16th day of March, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Amber M. Craig
AMBER M. CRAIG
Assistant United States Attorney